UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KENNY/OBAYSHI, A JOINT VENTURE
           Plaintiff(s),

Case No. 2:10-cv-14052-AC-MKM

v.

Judge Avern Cohn

CITY OF DETROIT, A MUNICIPAL CORPORATION and the BOARD OF WATER COMMISSIONERS OF THE DETROIT WATER AND SEWERAGE DEPARTMENT
           Defendant(s).

Magistrate Judge

_____/

# STATEMENT OF DISCLOSURE
# OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Kenny/Obayashi, a Joint Venture
                                    [Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☒      No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Obayashi Corporation - Listed in Japan
    Relationship with Named Party: Member of Joint Venture

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☒      No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: Obayashi Corporation - Listed in Japan
    Nature of Financial Interest: Member of Joint Venture

Date: October 8, 2010

/s/ Robert M. Jackson
Signature

P40723
Bar No.

660 Woodward Avenue, Suite 2290
Street Address

Detroit, MI 48226
City, State, Zip Code

(313) 465-7430
Telephone Number

rjackson@honigman.com
Primary Email Address